IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Petitioner,               No. CIV S-05-0825 DFL KJM P

    vs.

D.L. RUNNELS, et al.

    Respondents.         ORDER
_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

    The court notes that in his habeas application, petitioner seeks transfer to another California Department of Corrections institution. Transfer to another prison is generally not an appropriate habeas remedy. See 28 U.S.C. 2254(a) (district court can only entertain application

1

for writ of habeas corpus on the ground that a prisoner is in custody in violation of federal law). Petitioner's request for transfer will be denied.

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus under 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General;

/////

/////

/////

6. Petitioner's request for transfer to another California Department of Corrections facility is denied; and

7. Petitioner's request for the appointment of counsel is denied.

DATED: December 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 musz0825.1(4.27.05)