IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

     Petitioner,                    No. CIV S-05-0825 DFL KJM P

    vs.

D.L. RUNNELS,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 11, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
musz0825.111