IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Petitioner,               No. CIV S-05-0825 DFL KJM P

  vs.

D.L. RUNNELS,

    Respondent.          ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 19, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: June 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
musz0825.111sec