+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

      Petitioner,                  No. CIV S-05-0825 DFL KJM P

     vs.

D.L. RUNNELS,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner has filed his third request for an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 31, 2006 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: August 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
musz0825.111sec(2)