1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK S. MUSZYNSKI,

11           Petitioner,              No. CIV S-05-0825 JAM KJM P

12       vs.

13   D. L. RUNNELS, et al.,

14           Respondents.            ORDER

15   _____/

16           On November 5, 2008, petitioner filed a motion asking that this court reconsider

17   its October 6, 2008 order adopting the magistrate judge's August 13, 2008 findings and

18   recommendations thereby dismissing this action.

19           A district court may reconsider a ruling under either Federal Rule of Civil

20   Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5

21   F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

22   presented with newly discovered evidence, (2) committed clear error or the initial decision was

23   manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

24   /////

25   /////

26   /////

1        Plaintiff does not present newly discovered evidence suggesting this matter should

2   not be dismissed.  Furthermore, the court finds that, after a <u>de</u> <u>novo</u> review of this case, the

3   October 6, 2008 order adopting the August 13, 2008 findings and recommendations is neither

4   manifestly unjust nor clearly erroneous.

5        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 5, 2008

6   motion for reconsideration is denied.

7   DATED: 12/1/2008

8

9                                              /s/ John A. Mendez
                                               UNITED STATES DISTRICT JUDGE
10   musz0825.mfr