IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. MUSZYNSKI,

    Petitioner,                  No. CIV S-05-0825 JAM KJM P

    vs.

D.L. RUNNELS, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 6, 2008 dismissal of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  <u>Slack v. McDaniel</u>, 529

1

1  U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2  issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
3        For the reasons set forth in the magistrate judge's August 13, 2008 findings and
4  recommendations, and this court's October 6, 2008 order, jurists of reason would not find it
5  debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
6  appealability should not issue in this action.
7        IT IS SO ORDERED.
8  DATED: February 18, 2009

10        /s/ John A. Mendez
      UNITED STATES DISTRICT JUDGE
11  musz0825.831